# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

| | |
|---|---|
| IN RE:<br>David John Hall | Case No.:05−52701 |
| Debtor(s) | Chapter: 13 |
| S.S.#:xxx−xx−9388 | |

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered 7/31/06. The Court's Order Dismissing is available electronically or may be a docketing event only.

Memorandum and Order. IT IS HEREBY ORDERED that the Debtor's Chapter 13 bankruptcy be DISMISSED WITH PREJUDICE for a period of one year. (related document(s)[60] Amended Chapter 13 Plan filed by Debtor David John Hall). CASE DISMISSED. (Attachments: # (1) Order) Entered on 7/31/2006 (Ernst, D).

Note: If this case was dismissed for failure to pay Court's filing fee, no further applications by the debtor(s) to pay filing fee in installments will be considered by the Court.

Dated: 7/31/06

By: de  
Deputy Clerk

FOR THE COURT  
Diane S. Robl  
Clerk, U.S. Bankruptcy Court